IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sherrod, Gladys | Case Number: 06 B 11632 |
| | Judge: Hollis, Pamela S |
| Printed: 8/19/08 | Filed: 9/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 7, 2008
Confirmed: November 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,760.00 | |
| Secured: | | 4,360.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 399.41 |
| Other Funds: | | 0.00 |
| Totals: | 7,760.00 | 7,760.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 3,000.00 |
| 2. | JP Morgan Chase Bank | Secured | 8,535.02 | 4,360.59 |
| 3. | Portfolio Recovery Associates | Unsecured | 472.39 | 0.00 |
| 4. | JP Morgan Chase Bank | Unsecured | 4,329.60 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 392.82 | 0.00 |
| 6. | Municipal Collection Services | Unsecured | 2,497.48 | 0.00 |
| 7. | Illinois Lending Corporation | Unsecured | 950.07 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 931.61 | 0.00 |
| 9. | Nicor Gas | Unsecured | 732.46 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 808.79 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 542.97 | 0.00 |
| 12. | Guaranty Bank | Unsecured | 366.81 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 327.38 | 0.00 |
| 14. | Check Into Cash | Unsecured | | No Claim Filed |
| 15. | Foster South Animal Hospital | Unsecured | | No Claim Filed |
| 16. | Cingular Wireless | Unsecured | | No Claim Filed |
| 17. | Arbor Center For Eye Center | Unsecured | | No Claim Filed |
| 18. | Fast Cash | Unsecured | | No Claim Filed |
| 19. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 22. | Trump Casino | Unsecured | | No Claim Filed |
| 23. | Phychological Fitness Center | Unsecured | | No Claim Filed |
| 24. | Physicians Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sherrod, Gladys | Case Number:  06 B 11632 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/19/08 | Filed:  9/15/06 |

```
                                          _____        _____
                                          $ 23,887.40       $ 7,360.59
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 156.95 |
| 5.4% | 242.46 |
| | _____ |
| | $ 399.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____